

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00066-CR

## IN RE ROBERT FIELDS

**Original Proceeding**

**From the 18th District Court
Johnson County, Texas
Trial Court No. F50040**

# OPINION

Relator's petition for writ of mandamus, filed on March 23, 2021, is denied.[1]

Relator also presented within his petition a motion for leave to file his petition for writ of mandamus. A motion for leave to file a petition for writ of mandamus is required when relief by mandamus is sought from the Court of Criminal Appeals. TEX. R. APP. P. 72.1. The requirement for leave to file a petition for writ of mandamus at the court of

---

[1] There are procedural problems with the petition in this proceeding, such as no service on the trial court judge as the respondent and the State as the real-party-in-interest as required by the Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5. Additionally, the form and content of the petition is deficient. *See* TEX. R. APP. P. 52.3. However, to expedite this decision, we use Rule 2 to suspend the operation of these rules. TEX. R. APP. P. 2.

appeals level was eliminated in 1997.  *See* TEX. R. APP. P. 52, Notes and Comments.  Thus, under the applicable rules, if mandamus relief is sought from an intermediate court of appeals, such as the Tenth Court of Appeals, a motion for leave to file the petition is unnecessary.  The petition was filed without regard to the motion for leave to file it.  Accordingly, the motion for leave to file a petition for writ of mandamus is dismissed as moot.  *See In re Dawson*, 10-19-00427-CR, 2019 Tex. App. LEXIS 10725, 2019 WL 6827566 (Tex. App.—Waco Dec. 11, 2019, orig. proceeding).


PER CURIAM

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Davis[2]
      (Chief Justice Gray concurs with an opinion)
Petition denied
Motion dismissed as moot
Opinion delivered and filed April 7, 2021
Publish
[OT06]



---

[2] The Honorable Justice Rex Davis, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.